THE PEOPLE OF THE STATE OF NEW YORK ex rel. NAPTHALIA MEYER, Appellant, v. WILLIAM E. WALSH and Others, Constituting the Board of Standards

and Appeals of the City of New York, Respondents.— Motion withdrawn on consent. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.